J. Haack, appellee, v. William F. Hanlon, appellant. Gen. No. 25,077.

Action to recover balance due on account. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A.

Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. Culver, Andrews, King & Stitt, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Mr. Justice Gridley delivered the opinion of the court.